LAW OFFICES
BRIAN J. NEARY
21 Main Street
Court Plaza South, East Wing
Hackensack, NJ 07601
(201) 488-0544
Attorney for Defendant Norberto Lopez

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 12-Cr-574 (SDW) |
| Plaintiff, | : | |
| v. | : | ORDER |
| NORBERTO R. LOPEZ, | : | |
| Defendant. | : | |

**THIS MATTER** having been brought before the Court on application of Brian J. Neary, Esq., counsel for the Defendant, Norberto R. Lopez, to dismiss the Complaint and Indictment against the defendant Lopez, and over the objection of the United States ( AUSA David Foster, appearing)

IT IS ON THIS 22ND day of January, 2013,

**ORDERED** that the Complaint and Indictment pending against defendant Norberto R. Lopez be hereby DISMISSED, with~~ prejudice~~ out.

\* For the reasons set forth on the record on this date.

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.